IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.   24-mj-90050-GEB |
| VS. | |
| STEPHEN M. JOHNSON | |

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about April 7, 2024, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, STEPHEN M. JOHNSON did unlawfully and knowingly possess or carry a loaded firearm on or about his person, or within his person's immediate access and control while in a vehicle, while incapable of safely operating a vehicle, in violation of Title 18, United States Code, Section 13, and K.S.A. 21-6332(a). **(Possession of firearm under the influence) (Class A Misdemeanor)**

### COUNT 2

On or about April 7, 2024, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, STEPHEN M. JOHNSON did willfully violate any defense property security regulation, to wit:  Army Regulation 190-11, paras. 1-10, 4-5 and Fort Riley Regulation 190-1, Control of Privately owned Weapons, to wit:  carrying an unauthorized firearm on the Fort Riley Military reservation, in violation of Title 50, United States Code, § 797. **(Violation of Security Regulations and Order) (Class A Misdemeanor)**

### COUNT 3

On or about April 7, 2024, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, STEPHEN M. JOHNSON did unlawfully operate or attempt to operate a motor vehicle while the alcohol concentration within his blood or breath, as measured within three hours of the time of operating or attempting to operate a vehicle, was .08 or more, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1567(a)(2); or in the alternative, STEPHEN M. JOHNSON did unlawfully operate or attempt to operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safely driving a vehicle, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1567(a)(3). **(DUI) (Class B Misdemeanor)**

## COUNT 4

On or about April 7, 2024, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, STEPHEN M. JOHNSON did operate his vehicle in excess of the maximum speed limits, in violation of Title 18, United States Code, Section 13, and K.S.A. 8-1558. **(Speeding) (Infraction)**

KATE E. BRUBACHER
United States Attorney
District of Kansas


ROBIN A. GRAHAM
Special Assistant U.S. Attorney

JESSE S. BURBANK
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed   May 13, 2024

HON BROOKS G. SEVERSON
U.S. Magistrate Judge